**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 51 WAL 2022

           Respondent                 :

                                     :    Petition for Allowance of Appeal

                                     :    from the Order of the Superior Court

           v.                             :

                                     :

TYREE MARCE SAUNDERS,            :

                              :

           Petitioner                 :

## **ORDER**

**PER CURIAM**

       **AND NOW**, this 27th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.